UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN THOMAS STARK,

                Petitioner,

v.

SCOTT RUSSELL,

                Respondent.

Case No. C14-1538-JCC-JPD

ORDER GRANTING MOTION FOR LEAVE TO AMEND HABEAS PETITION

This 28 U.S.C. § 2254 habeas action is currently stayed pending resolution of petitioner's state court personal restraint petitions. Petitioner has filed a motion for leave to add claims to his original habeas petition that are currently pending before the Washington appellate courts. Dkt. 35. He also asks the Court to continue to hold this action in abeyance until the state court proceedings are concluded. *Id.* The State does not oppose the motion. Dkt. 37.

Based on the foregoing, the Court finds and ORDERS:

(1) Petitioner's motion for leave to amend his habeas petition, Dkt. 35, is GRANTED. Petitioner's original petition, Dkt. 1, is amended to include the additional claims filed at Docket 36.

(2) Given the pendency of continuing state court matters, the Court continues the prior stay.

(3) The parties shall file status reports every **180 days**.

(4) The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 16th day of April, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING MOTION FOR
LEAVE TO AMEND HABEAS PETITION
- 2