UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN THOMAS STARK, <br><br> Petitioner, <br><br> v. <br><br> DANIEL WHITE, <br><br> Respondent. | Case No. C14-1538-JCC-MLP <br><br> ORDER VACATING STAY |

This 28 U.S.C. § 2254 habeas action has been stayed pending resolution of Petitioner's state post-conviction proceedings. Petitioner has informed the Court that his state-court proceedings have concluded. (Dkts. ## 45, 46.) Accordingly, the Court VACATES the stay in this matter. The parties shall proceed in accordance with the April 17, 2019 briefing schedule. (*See* Dkt. # 44.)

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 11th day of June, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER VACATING STAY - 1