UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN THOMAS STARK,

        Petitioner,

v.

DANIEL WHITE,

        Respondent.

Case No. C14-1538-JCC-MLP

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME

The parties' stipulated motion for an extension of time (dkt. # 51) is GRANTED. Petitioner shall file a reply memorandum on or before **November 1, 2019**. The Clerk is directed to RE-NOTE Respondent's second answer (dkt. # 50) for November 1, 2019, and to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 1st day of October, 2019.

        _/s/ Michelle L. Peterson_
        MICHELLE L. PETERSON
        United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1