THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRIAN THOMAS STARK,<br><br>        Petitioner,<br>   v.<br><br>DANIEL WHITE,<br><br>        Respondent. | CASE NO. C14-1538-JCC<br><br>AMENDED MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order extending the time to file a notice of appeal (Dkt. No. 62). On June 25, 2020, the Court adopted the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, dismissed Petitioner's petition for a writ of habeas corpus, and granted Petitioner a certificate of appealability ("COA") as to some of his claims. (Dkt. No. 60.) The Court entered judgment the same day. (Dkt. No. 61.) Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A), the Court finds good cause and GRANTS the request for an extension of time to file an appeal (Dkt. No. 62). Petitioner has until August 19, 2020, to file his notice of appeal of the Court's order and judgment dismissing his habeas petition (Dkt. No. 60, 61).

//

DATED this 16th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

AMENDED MINUTE ORDER
C14-1538-JCC
PAGE - 2